1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.: SACR08 85-JKS
                                     )
12                    Plaintiff,     )   ORDER OF DETENTION AFTER
                                     )   HEARING
13            vs.                    )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                     )   § 3143(a)]
14    Zion, Thomas                   )
                                     )
15                    Defendant.     )

16

17        The defendant having been arrested in this District pursuant to a warrant issued

18  by the United States District Court for the _____ CD CA _____,

19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20  release]; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A.      ☒  The defendant has not met his/her burden of establishing by clear and

25           convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26           3142(b) or (c).  This finding is based on _Backgrd cnty ties_

27  _unknown; bail resources unknown; history of_

28  _viol release conditions, which evidences_
    _a lack of amenability to supervision_



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

and/or

B.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _criminal history record; conduct in committing new crimes while under supervision_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: ___5/11/12___

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE